STATE OF NEW JERSEY v. MARCUS ALBUQUERQUE.

June 8, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. MOSES WILLIAMS.

June 8, 1983.

Petition for certification denied.   (See 189 *N.J.Super.* 61)

IRENE HOLMES v. PNEUMATIC SCALE CORPORATION, LTD.

June 8, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. ANTHONY FALCETANO.

June 8, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. LOUIS GALLICCHIO.

June 8, 1983.

Petition for certification denied.